CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 11 2016

JULIA C. DUDLEY, CLERK
BY: [signature]
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

| | | |
|---|---|---|
| **JOHN DAVID LANCASTER,** | ) | **CASE NO. 7:15CV00402** |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **FINAL ORDER** |
| | ) | |
| | ) | |
| **BETTY AKERS, ET AL.,** | ) | **By: Hon. Glen E. Conrad** |
| | ) | **Chief United States District Judge** |
| **Defendants.** | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that defendants' motion to dismiss (ECF No. 17) is **GRANTED**; plaintiff's pending motions (ECF No. 29-31) are **DENIED**; and the clerk **SHALL** strike the case from the active docket of the court.

**ENTER**: This 11th day of February, 2016.

[signature]
Chief United States District Judge